# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

**Fort Lauderdale Courtroom 310**  Date: 5/16/2024  Time: 11:00AM

---

**Defendant:** Stelio Kalkounos (J)  **J#:** 08322-089  **Case #:** 0:24-mj-06233-PMH

**AUSA:** Donald F. Chase, II  **Attorney:** Huda Macri (Purposes of Removal)(Partial)

**Violation:** 18:U.S.C.§1591(a)SEX TRAFFICKING OF A MINOR; 18:U.S.C.§2251(a)SEXUAL EXPLOITATION OF A CHILD

**Proceeding:** Initial Appearance - Rule 5(c)(3)/40  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No  **Recommended Bond:** Detention (Danger to the Community)

**Bond Set at:** Detention; Pending hearing in Western District of Wisconsin  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person (Room 409)
- ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

**Language:** English

**Disposition:** Defendant present. Government oral motion to unseal- Granted-. Defendant advised of his rights and charges. Defendant was sworn and testified as to appointing AFPD. Defendant does not qualify for the services of the Federal Public Defender's Office. Court orders defendant Partially indigent and must donate $500 to the Court's Registry. Defense Counsel Huda Macri agrees to waive the $500 fee. See Order provided. Court enters order vacating Partial indigency. Defendant Waives Identity/Removal Hearing and will be transported to the Western District of Wisconsin for his Detention Hearing. See Waiver and Commitment Order Provided.

---

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

**Report RE Counsel:**

**PTD**/Bond Hearing:

<u>Prelim</u>/**Arraign** or Removal:

Status Conference RE:

**D.A.R.** 11:13:34  **Time in Court:** 15 Minutes

**CHECK IF APPLICABLE:** _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..