UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **24-MJ-6233-PMH**

UNITED STATES OF AMERICA
        Plaintiff

vs

**Stelio Kalkounos**
        Defendant
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT filed in the District Court for the Western District of Wisconsin.

UPON ORAL motion of the Government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the District Court for the Western District of Wisconsin be unsealed as to the above defendant.

DONE AND ORDERED at Fort Lauderdale, Florida this 16th Day, May 2024.

_____
Patrick M. Hunt
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record