UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-MJ-6233

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

Stelio Kalkounos
        Defendant,
_____/

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS **(Waived Per Court 5/16/2024)**

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$500.00**, to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). This hearing may be cancelled upon advance notification to the Magistrate Judge's Courtroom Deputy that payment has been met. If no notification has been made, both defense counsel and defendant are required at the hearing.

DONE AND ORDERED at Key West, Florida this 16th day of May 2024.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All parties of record