UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-6233

UNITED STATES OF AMERICA
          Plaintiff,

vs.

Stelio Kalkouos
          Defendant.
_____/

### ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

UPON CONSIDERATION of the defendant's Motion to Vacate this Court's Order on Partial Indigence for Appointment of Counsel and Distribution of Available Funds (Waived on 5/16/2024), and being fully advised in the matter, it is

ORDERED AND ADJUDGED that this Court's order entered on May 16, 2024 directing the defendant to pay $500.00 to the Clerk of Court for the deposit into the Treasury is hereby **VACATED**.

DONE AND ORDERED this 16th day of May, 2024.

_____
Patrick M. Hunt
UNITED STATES MAGISTRATE JUDGE

cc:  Donald Chase II, AUSA
      Huda Macri, Federal Public Defender
      Miami Financial Section
      Pretrial Services