AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **FLORIDA**

UNITED STATES OF AMERICA
vs.
Stelio Kalkounos

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Western District of Wisconsin | 24-CR-49-JDP | SOUTHERN DISTRICT OF FLORIDA | 0:24-mj-06233-PMH |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☒ Complaint ☒ PETITION

charging a violation of 2252A(a)(2)(B) (B)(1) / 2252A (a)(5)(B) (B) (2)

**DISTRICT OF OFFENSE:**
Western District of Wisconsin

18:U.S.C.§1591(a) SEX TRAFFICKING OF A MINOR; 18:U.S.C.§2251(a) SEXUAL EXPLOITATION OF A CHILD

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
Other (specify)

**Representation:** ☐ Retained Own Counsel   Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☐ No   Yes   Language: ENGLISH

TO: THE UNITED STATES MARSHAL      SOUTHERN DISTRICT OF FLORIDA

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/16/2024
Date

_[signature]_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |