# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: <u>0:24–mj–06233–PMH</u> All Defendants

Case title: USA v. STELIO KALKOUNOS

Date Filed: 05/16/2024

Date Terminated: 05/16/2024

Assigned to: Magistrate Judge Patrick M. Hunt

**Defendant (1)**

| | | |
|---|---|---|
| **Stelio Kalkounos** | represented by | **Noticing FPD–FTL** |
| 08322–089 | | (954) 356–7436 |
| *YOB 1973 English* | | Email: ftl_ecf@fd.org |
| *TERMINATED: 05/16/2024* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:U.S.C.§1591(a)SEX TRAFFICKING OF A MINOR; 18:U.S.C.§2251(a)SEXUAL EXPLOITATION OF A CHILD | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Donald F. Chase , II** |
| | | United States Attorney's Office |
| | | 500 E Broward Boulevard |
| | | 7th Floor |

1

Fort Lauderdale, FL 33394
954–660–5693
Fax: 356–7336
Email: donald.chase@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2024 | | Arrest of Stelio Kalkounos (at) (Entered: 05/16/2024) |
| 05/16/2024 | 1 | Magistrate Judge Removal of Indictment And Arrest Warrant from WESTERN DISTRICT OF WISCONSIN Case number in the other District 24–CR–49–JDP as to Stelio Kalkounos (1). (at) (Entered: 05/16/2024) |
| 05/16/2024 | | Set Hearing as to Stelio Kalkounos: Initial Appearance – Rule 5(c)(3)/40 set for 5/16/2024 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at) (Entered: 05/16/2024) |
| 05/16/2024 | 2 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Stelio Kalkounos held on 5/16/2024. Government oral motion to unseal–Granted. Court orders defendant partially indigent and must donate $500.00 to the court's registry. Defense counsel agrees to waive the $500.00 fee. See Order provided. Court enters order vacating Partial indigency. Defendant Waives Identity/Removal Hearing. See Waiver and Commitment Order provided. Attorney added: Noticing FPD–FTL for Stelio Kalkounos (Digital 11:13:34) (Signed by Magistrate Judge Patrick M. Hunt on 5/16/2024). (at) (Entered: 05/16/2024) |
| 05/16/2024 | 3 | **ORAL** MOTION to Unseal Case by USA as to Stelio Kalkounos. (at) (Entered: 05/16/2024) |
| 05/16/2024 | 4 | ORDER granting 3 Motion to Unseal Case as to Stelio Kalkounos (1). (Signed by Magistrate Judge Patrick M. Hunt on 5/16/2024). *(See attached document for full details).* (at) (Entered: 05/16/2024) |
| 05/16/2024 | 5 | Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds (Waived Per Court 5/16/2024) as to Stelio Kalkounos Directing Funds in the amount of $500.00 be deposited with the Clerk of Court (Signed by Magistrate Judge Patrick M. Hunt on 5/16/2024). *(See attached document for full details).* (at) (Entered: 05/16/2024) |
| 05/16/2024 | 6 | ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS re 5 Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds, as to Stelio Kalkounos (Signed by Magistrate Judge Patrick M. Hunt on 5/16/2024). *(See attached document for full details).* (at) (Entered: 05/16/2024) |
| 05/16/2024 | 7 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Stelio Kalkounos (at) (Entered: 05/16/2024) |
| 05/16/2024 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Stelio Kalkounos. Defendant committed to WESTERN DISTRICT OF WISCONSIN. Closing Case for Defendant. (Signed by Magistrate Judge Patrick M. Hunt on 5/16/2024). *(See attached document* |

2

| | | *for full details).* (at) (Entered: 05/16/2024) |

FILED BY _____ AP _____ D.C.

**May 16, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL



U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MAY 1 5 2024

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

STELIO KALKOUNOS,

Defendant.

SEALED INDICTMENT

Case No. ___24-cr-49-jdp___

18 U.S.C. § 1591(a)(1), (b)(2), (c)
18 U.S.C. § 1594(d)
18 U.S.C. § 2251(a)
18 U.S.C. § 2253

OUR CASE NO: 24-6233-MJ-HUNT

THE GRAND JURY CHARGES:

### COUNT 1

From on or about July 16, 2023, to on or about March 1, 2024, in the Western

District of Wisconsin and elsewhere, the defendant,

### STELIO KALKOUNOS,

knowingly recruited, enticed, and obtained, by any means, "Jane Doe," in and affecting

interstate commerce, having had a reasonable opportunity to observe "Jane Doe," and

knowing, and in reckless disregard of the fact, that "Jane Doe" had not attained the age

of 18 years and would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), & (c)).

### COUNT 2

On or about November 20, 2023, in the Western District of Wisconsin and

elsewhere, the defendant,

### STELIO KALKOUNOS,

4

knowingly and intentionally employed, used, persuaded, induced, enticed, and coerced a

minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing a

visual depiction of such conduct, knowing and having reason to know that such visual

depictions would be transported using any means and facility of interstate and foreign

commerce.

(In violation of Title 18, United States Code, Section 2251(a)).

## FORFEITURE ALLEGATION

1. As a result of the offense charged in Count 1 of this indictment, and upon

conviction for violating Title 18, United States Code, Section 1591(a), pursuant to Title 18,

United States Code, Section 1594(d), the defendant,

## STELIO KALKOUNOS,

shall forfeit to the United States his right, title, and interest in any property, real or

personal, that was involved in, used, or intended to be used to commit or to facilitate the

commission of such violation.

2. As a result of the offense charged in Count 2 of this indictment, and upon

conviction for violating Title 18, United States Code, Section 2251(a), pursuant to Title 18,

United States Code, Section 2253, the defendant,

## STELIO KALKOUNOS,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be

child pornography, together with the storage media in which they are contained, and

2

5

(2) any and all property used or intended to be used to commit or to promote the

commission of the aforementioned offense.

A TRUE BILL

PRESIDING JUROR

Indictment returned: 2024-05-15

TIMOTHY M. O'SHEA
United States Attorney

3

## WARRANT OF ARREST <span style="color:red">SEALED</span>

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱 | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America | DOCKET NO.<br>24-cr-49-jdp | MAGISTRATE JUDGE CASE NO. |
| v.<br><br>Stelio Kalkounos<br><br>Defendant. | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Stelio Kalkounos | |

Warrant Issued on the Basis of:

✓ Indictment ☐ Order of Court ☐ Information ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                        City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Count 1: Sex trafficking of a minor
Count 2: Sexual exploitation of a child

IN VIOLATION OF TITLE:        18 U.S.C. Section(s) 1591(a) and 2251(a)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Andrew R. Wiseman | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk<br>/s/ N. Nelson | Date Issued:<br>5/15/2024 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |

# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

**Fort Lauderdale Courtroom 310**          Date: 5/16/2024   Time: 11:00AM

Defendant: **Stelio Kalkounos (J)**          J#: 08322-089   Case #:          **0:24-mj-06233-PMH**

AUSA: **Donald F. Chase, II**          Attorney: **Huda Macri (Purposes of Removal)(Partial)**

Violation: 18:U.S.C.§1591(a)SEX TRAFFICKING OF A MINOR; 18:U.S.C.§2251(a)SEXUAL EXPLOITATION OF A CHILD

Proceeding: Initial Appearance - Rule 5(c)(3)/40          CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No          Recommended Bond: Detention (Danger to the Community)

Bond Set at: Detention; Pending hearing in Western District of Wisconsin   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/ _____ x's a week/month by
phone: _____ x's a week/month in person (Room 409)

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm _____ am, paid by

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to:

☐ Other:

Language: English

**Disposition:**
Defendant present. Government oral motion to unseal- Granted-. Defendant advised of his rights and charges. Defendant was sworn and testified as to appointing AFPD. Defendant does not qualify for the services of the Federal Public Defender's Office. Court orders defendant Partially indigent and must donate $500 to the Court's Registry. Defense Counsel Huda Macri agrees to waive the $500 fee. See Order provided. Court enters order vacating Partial indigency. Defendant Waives Identity/ Removal Hearing and will be transported to the Western District of Wisconsin for his Detention Hearing. See Waiver and Commitment Order Provided.

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

**Report RE Counsel**:

**PTD**/Bond Hearing:

Prelim/**Arraign** or Removal:

Status Conference RE:

D.A.R. 11:13:34          Time in Court: 15 Minutes

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **24-MJ-6233-PMH**


UNITED STATES OF AMERICA
Plaintiff

vs

**Stelio Kalkounos**
Defendant
_____/

## O R D E R

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT filed in the District Court for the Western District of Wisconsin.

UPON ORAL motion of the Government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the District Court for the Western District of Wisconsin be unsealed as to the above defendant.

DONE AND ORDERED at Fort Lauderdale, Florida this 16th Day, May 2024.

_____
Patrick M. Hunt
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-MJ-6233

UNITED STATES OF AMERICA,
　　　　　　　　　　Plaintiff,

vs.

Stelio Kalkounos
　　　　　　　　　　Defendant,
_____/

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS **(Waived Per Court
5/16/2024)**

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$500.00** , to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). This hearing may be cancelled upon advance notification to the Magistrate Judge's Courtroom Deputy that payment has been met. If no notification has been made, both defense counsel and defendant are required at the hearing.

DONE AND ORDERED at Key West, Florida this 16th day of May 2024.

cc: All parties of record

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-6233

UNITED STATES OF AMERICA
                    Plaintiff,

vs.

Stelio Kalkouos
                    Defendant.
_____/

### ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

UPON CONSIDERATION of the defendant's Motion to Vacate this Court's Order on Partial Indigence for Appointment of Counsel and Distribution of Available Funds (Waived on 5/16/2024), and being fully advised in the matter, it is

ORDERED AND ADJUDGED that this Court's order entered on May 16, 2024 directing the defendant to pay $500.00 to the Clerk of Court for the deposit into the Treasury is hereby **VACATED**.

DONE AND ORDERED this 16th day of May, 2024.

_____
Patrick M. Hunt
UNITED STATES MAGISTRATE JUDGE

cc: Donald Chase II, AUSA
    Huda Macri, Federal Public Defender
    Miami Financial Section
    Pretrial Services

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 24-MJ-6233-PMH

United States of America
     Plaintiff,
    v.

                          Charging District's Case No. 24-CR-49-JDP

Stelio Kalkounos
     Defendant,
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

     I understand that I have been charged in another district, the Western District of Wisconsin

     I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

    ☐  An identity hearing and production of the warrant.

    ☐  A preliminary hearing.

    ☒  A detention hearing in the Southern District of Florida.

    ☒  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

     I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/16/2024

_____
Defendant's Signature

_____
Patrick M. Hunt
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____FLORIDA_____

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| vs. | **DISTRICT** |
| Stelio Kalkounos | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Western District of Wisconsin | 24-CR-49-JDP | SOUTHERN DISTRICT OF FLORIDA | **0:24-mj-06233-PMH** |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information X☐ Complaint ☒ PETITION

charging a violation of 2252A(a)(2)(B) (B)(1) / 2252A (a)(5)(B) (B) (2)

**DISTRICT OF OFFENSE:**

Western District of Wisconsin

18:U.S.C.§1591(a)SEX TRAFFICKING OF A MINOR; 18:U.S.C.§2251(a)SEXUAL EXPLOITATION OF A CHILD

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel     Federal Defender Organization     ☐ CJA Attorney     ☐ None

**Interpreter Required?** ☐ No     Yes     Language: ENGLISH

**SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____5/16/2024_____                    _____
Date                                   United States Judge or Magistrate Judge

| RETURN |
|---|

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |